**Order entered August 28, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00434-CR

**ARTURO ARREOLA GAMIZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Criminal Court of Appeals No. 2**
**Dallas County, Texas**
**Trial Court Cause No. MA14-18190-M**

## ORDER

Before the Court is appellant's August 24, 2019 first motion to extend time to file his

brief. We **GRANT** the motion and **ORDER** his brief due on or before September 23, 2019.


/s/  BILL PEDERSEN, III
    JUSTICE